UNITED STATES of America, Plaintiff–Appellee,

v.

Agustin **MARTINEZ–GARZA,** also known as Tino Garza, also known as Augustin Martinez, also known as Augstin Martinez, Defendant–Appellant.

No. 05–50200
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Agustin Martinez–Garza raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.